PEOPLE v WATSON. Appeal from Genesee, Stewart A. Newblatt, J. Submitted Division 2 April 6, 1972, at Lansing. (Docket No. 11672.) Decided May 3, 1972. Leave to appeal granted, 388 Mich 752.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Howard S. Siegrist,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, for defendant.

Before: QUINN, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. A jury convicted defendant of robbery unarmed, MCLA 750.530; MSA 28.798. He was sentenced and he appeals.

We have reviewed the record, briefs and oral argument and find no prejudicial error.

Affirmed.